UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CRAIG E. HUNNICUTT, JR.,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of Ammunition**

On or about August 12, 2023, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

CRAIG E. HUNNICUTT, JR.,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a total of five rounds of 9mm ammunition, namely: one R-P 9mm caliber ammunition, two WMA 9mm caliber ammunition, and two SIG 9mm caliber ammunition, and the possession was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JACOB S. METOXEN
Assistant United States Attorney